IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


JESSIE WAYNE DIXON,                    :

    Plaintiff,                         :

vs.                                    : CIVIL ACTION 07-00717-WS-B

STATE OF ALABAMA, *et al.*,            :

    Defendants.                        :



<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 31st of December, **2009.**


    s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE